UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA POLLOCK,

    Plaintiff,

v.

                            Case No. 13-12665

VISION FINANCIAL CORP.,

    Defendant.
                                                     /

## ORDER OF DISMISSAL

The court has been notified that the parties have reached a mutually agreeable resolution to the above-captioned matter. The court expects that the terms of their resolution will be memorialized in writing by the parties. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED without prejudice to the right of either party to move by **October 28, 2013**, to vacate this order if the settlement is not finalized. After **October 28, 2013**, this dismissal is with prejudice.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: September 27, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 27, 2013, by electronic and/or ordinary mail.

                                                s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522